OPINION — AG — ** CONVICTED OF FELONY — STATE CONTRACTS — ELIGIBILITY TO BID ** PERSONS, FIRMS OR CORPORATIONS CONVICTED OR PLEADING GUILTY TO FELONIES INVOLVING FRAUD, BRIBERY, CORRUPTION OR SALES TO THE STATE, WITHIN THE MEANING OF 51 O.S. 24.3 [51-24.3], MAY 'NOT' MAKE SALES TO THE STATE OR ANY POLITICAL SUB DIVISION OF THE STATE, NOTWITHSTANDING THE PENDENCY OF AN APPEAL FROM SUCH CONVICTION OR PLEA. (CONVICTION, COMPETITIVE BIDDING, CENTRAL PURCHASING, STATE BOARD OF PUBLIC AFFAIRS, MORAL TURPITUDE, PURCHASE CONTRACTS, FORFEITURE) CITE: 51 O.S. 24.1 [51-24.1], 51 O.S. 24.3 [51-24.3], 59 O.S. 509 [59-509]((6), 59 O.S. 509 [59-509](8) (COUNTY) (JAMES B. FRANKS)